**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

DENISE L. STILETTI

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:06mj246/EMT

Waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34 | Driving with Suspended License Without Knowledge | 7/14/06 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than December 20, 2006.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 5.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 10/18/06

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: October 19, 2006

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST FLA

06 OCT 19 AM 11:16

FILED